UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. McCANN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-1631-TSZ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 20, to which no objection was timely filed, does hereby find and ORDER:

(1)     The Court ADOPTSs the Report and Recommendation.

(2)     The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 15th day of June, 2012.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

ORDER REMANDING CASE
PAGE - 2